**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**LARA MANSELL**                                                      **Plaintiff**

**VS.**                                                      **NO. 1:20-cv-005-SA-DAS**

**CITY OF TUPELO, MISSISSIPPI, et al.**                            **Defendants**

**ORDER OF DISMISSAL**

The present cause comes before the court on the parties' joint <u>ore</u> <u>tenus</u> motion for entry of an order of dismissal of this action as the parties have reached a settlement agreement as to all claims raised herein. Accordingly, it is hereby ORDERED:

That this cause is hereby Dismissed With Prejudice, with each party to bear their own costs.

This the 29th day of May, 2020.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE

**Approved as to form:**

**CHRISTI McCoy, Esq.**
*Attorney for Plaintiff*

By*: /s/ Christi McCoy*
Christi McCoy, Esq. (MSB No. 9986)
Post Office Box 1860
Oxford, Ms. 38655
Telephone: (662) 816-7251
Email: mccoylawfirm@gmail.com

**CLAYTON O'DONNELL, PLLC**
*Attorneys for the Defendant City of Tupelo, Ms.*

By: */s/ David D. O'Donnell*
David D. O'Donnell, Esq. (MSB # 3912)
1403 Van Buren Avenue
Suite 103
Oxford, Ms. 38655
(662) 234-0900
Email: dodonnell@claytonodonnell.com

**MITCHELL MCNUTT & SAMS, P.A.**
*Attorneys for Defendant Chamila Brown*

By: */s/ John S. Hill*
John S. Hill, Esq. (MSB # 2415)
Mitchell McNutt & Sams, P.A.
P.O. Box 7120
Tupelo, Ms. 38802
(662) 842-3871
Email: jhill@mitchellmcnutt.com